AO 442  (Rev. 11/11)  Arrest Warrant (Page 1)

# UNITED STATES DISTRICT COURT

for the
District of Arizona

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   CR-21-00783-001-PHX-DJH (DMF) |
| | ) | |
| | ) | 1:21-mj-722- KLL MAGISTRATE JUDGE |
| | ) | |
| Alan Ivan Borquez | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)*   Alan Ivan Borquez                                                                                        ,

who is accused of an offense or violation based on the following document filed with the court:

☒  Indictment    ☐  Superseding Indictment    ☐  Information  ☐  Superseding Information  ☐  Complaint

☐  Probation Violation Petition    ☐  Supervised Release Violation Petition      ☐  Violation Notice   ☐  Order of the Court

This offense is briefly described as follows:

21:841(a)(1) and 841(b)(1)(A)(viii), Possession with Intent to Distribute Methamphetamine
21:841(a)(1) and 841(b)(1)(B)(vi), Possession with Intent to Distribute Fentanyl

*Issuing officer's signature*

City and state:   Phoenix, Arizona                              Sherise M. Hargrove, Deputy Clerk
                                                               *Printed name and title*

ISSUED ON  2:04 pm, Sep 29, 2021
s/ Debra D. Lucas, Clerk

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |

Date: _____

*Arresting officer's signature*

*Printed name and title*

cc: PTS

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

_____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____    Weight: _____

Sex: _____    Race: _____

Hair: _____    Eyes: _____

Scars, tattoos, other distinguishing marks: _____

_____

History of violence, weapons, drug use: _____

_____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

_____

FBI number: _____

Complete description of auto: _____

_____

Investigative agency and address: _____

_____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

_____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

_____

_____

```
___ FILED ___ LODGED
___ RECEIVED ___ COPY

        SEP 2 8 2021

   CLERK U S DISTRICT COURT
      DISTRICT OF ARIZONA
BY_____ DEPUTY
```

1  GLENN B. McCORMICK
   Acting United States Attorney
2  District of Arizona
   STUART J. ZANDER
3  Assistant U.S. Attorney
   California State Bar No. 276724
4  US Attorney's Office
   2 Renaissance Square
5  40 N Central Ave., Ste. 1800
   Phoenix, AZ 85004-4408
6  Telephone: 602-514-7500
   Email: Stuart.Zander@usdoj.gov
7  Attorneys for Plaintiff

**REDACTED FOR**
**PUBLIC DISCLOSURE**

8

9                    IN THE UNITED STATES DISTRICT COURT

10                        FOR THE DISTRICT OF ARIZONA

11

12   United States of America,              No.   CR-21-00783-PHX-DJH (DMF)

13                        Plaintiff,                 **I N D I C T M E N T**

14   vs.                                    VIO:   21 U.S.C. §§ 841(a)(1) and
                                                   841(b)(1)(A)(viii)
15                                                 (Possession with Intent to Distribute
                                                   Methamphetamine)
16   Alan Ivan Borquez,                             Count 1

                         Defendant.                21 U.S.C. §§ 841(a)(1) and
17                                                 841(b)(1)(B)(vi)
                                                   (Possession with Intent to Distribute
18                                                 Fentanyl)
                                                   Count 2
19

20

21

22   **THE GRAND JURY CHARGES:**

23                                **COUNT 1**

24   On or about March 5, 2020, in the District of Arizona, the defendant, ALAN IVAN

25   BORQUEZ, did knowingly and intentionally possess with the intent to distribute 500

26   grams or more of actual methamphetamine, a Schedule II controlled substance.

27          In violation of Title 21, United States Code, Sections 841(a)(1) and

28   841(b)(1)(A)(viii).

1

**COUNT 2**

2          On or about March 5, 2020, in the District of Arizona, the defendant, ALAN IVAN

3    BORQUEZ, did knowingly and intentionally possess with the intent to distribute 40 grams

4    or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-

5    phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II

6    controlled substance.

7          In violation of Title 21, United States Code, Sections 841(a)(1) and

8    841(b)(1)(B)(vi).

9

10                               A TRUE BILL

11

12                                   */s/*

                                 FOREPERSON OF THE GRAND JURY

13                                 Date: September 28, 2021

14

15    GLENN B. McCORMICK

    Acting United States Attorney

16    District of Arizona

17

18           */s/*

    STUART J. ZANDER

19    Assistant U.S. Attorney

20

21

22

23

24

25

26

27

28

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CRIMINAL DOCKET FOR CASE #: 2:21-cr-00783-DJH-1

Case title: USA v. Borquez            Date Filed: 09/28/2021

Assigned to: Judge Diane J Humetewa

### Defendant (1)
**Alan Ivan Borquez**

| Pending Counts | Disposition |
| --- | --- |
| 21:841(a)(1) and 841(b)(1)(A)(viii), Possession with Intent to Distribute Methamphetamine (1) | |
| 21:841(a)(1) and 841(b)(1)(B)(vi), Possession with Intent to Distribute Fentanyl (2) | |

### Highest Offense Level (Opening)
Felony

| Terminated Counts | Disposition |
| --- | --- |
| None | |

### Highest Offense Level (Terminated)
None

| Complaints | Disposition |
| --- | --- |
| None | |

### Plaintiff
| USA | represented by | **Stuart James Zander** |
| --- | --- | --- |
| | | US Attorneys Office - Phoenix, AZ |
| | | 2 Renaissance Square |
| | | 40 N Central Ave., Ste. 1800 |
| | | Phoenix, AZ 85004-4408 |
| | | 602-514-7500 |
| | | Email: stuart.zander@usdoj.gov |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/28/2021 | 1 | INDICTMENT (Redacted for Public Disclosure) as to Alan Ivan Borquez (1) count(s) 1 and 2. (SMH) (Entered: 09/29/2021) |
| 09/28/2021 | 2 | DOJ CONFLICT MEMO. No probable conflict re Magistrate Judge Camille D Bibles. No probable conflict re Judge Dominic W Lanza. No probable conflict re Magistrate Judge Michael T Morrissey. Filed by USA as to Alan Ivan Borquez. (SMH) (Entered: 09/29/2021) |
| 09/28/2021 | 5 | SEALED UNREDACTED INDICTMENT as to Alan Ivan Borquez. (Attachment(s): # 1 Case Summary) (MAP) (Entered: 09/29/2021) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/08/2021 09:56:53 | | |
| **PACER Login:** | ud1771:4270421:4267454 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:21-cr-00783-DJH |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**